*Religious Freedom ---*
*JEWS, MORMONS, MUSLIMS and*
*Others etc... forced to go "VEGAN"*

William Hartwell #201936
Name and Prisoner/Booking Number

ASPC- Kingman / Huachuca Unit
Place of Confinement

P.O. Box 6639
Mailing Address

Kingman, AZ 86402
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

"Emergency"
INJUNCTION REQUESTED ---
NOTIFICATION NUMBER
20-15 Takes Effect on
AUGUST 1, 2020

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCivP 5.4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

William Hartwell
(Full Name of Plaintiff)             Plaintiff,

vs.

(1) David Shinn
(Full Name of Defendant)

(2) _____

(3) _____

(4) _____
                Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV20-08172-PCT-JJT--JZB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUL 10 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC- Kingman / Huachuca, AZ

**DANGER! DANGER! DANGER!**
**- PLEASE EXPEDITE -**

## B. DEFENDANTS

1. Name of first Defendant: __David Shinn__. The first Defendant is employed as: __Director - ADOCRR__ at __State of Arizona__.
   (Position and Title)   (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? __0__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

# Count 1

1) <u>Violation</u> - First Amendment ("Free exercise" of religion); RLUIPA

2) <u>Facts</u> - On or about July 1, 2020, defendant Shinn posted Notification Number 20-15 announcing the implementation of a "Common Fare meal". This plant based vegan diet is to replace <u>all</u> religious diets beginning August 1, 2020. ADOCRR purports this new diet satisfies the needs of <u>every</u> religion and can even be requested by those of no faith. The invitation to partake in defendant Shinn's "abomination" is offensive to the adherents of kosher dietary standards. There is a clear distinction between God's Law revealed through Moses and that authored by defendant Shinn in Notification Number 20-15. The Courts attention should be drawn to the HOLY BIBLE translated out of the original tongues: And with the former translations Diligently compared and revised, by his Majesty's Special Command - even - "The most high and mighty Prince James, King of Great Britain, France And Ireland, Defender of the Faith." Chapter 11 of Leviticus is instructive. Vs. 2-3: "These are the beast which ye <u>shall</u> eat among all the beasts that are on the earth. Whatsoever parteth the hoof, and is clovenfooted, and cheweth the cud, among the beasts, that <u>shall</u> ye eat."

## Count 1 --- Cont.

Further in Vs. 9: "These <u>shall</u> ye eat of all that are in the waters: whatsoever hath fins and scales in the waters, in the seas, and in the rivers, them <u>shall</u> ye eat" (emphasis added) This is easily distinguishable from the usage in Vs. 21: "Yet these <u>may</u> ye eat ..." Fortunately, the court need not discount what the Torah reads as the law clearly establishes that words are to be given their ordinary meanings in the absence of an intent to signify otherwise. Specifically, the Supreme Court has provided that the meaning of words are to be given the same meaning everyone else gives them and not "a private, esoteric meaning." Davis v. United States, 328 U.S. 582, 600 (1946). See also Addison v. Holly Hill Fruit Products, Inc., 322 U.S. 607, 618 (1944) (stating when something is not expressed in technical terms and is addressed to the common man it "is therefore to be understood according to the sense of the thing, as the ordinary man has the right to rely on ordinary words addressed to him") The provision that words are to be given their ordinary meaning is universal across all legal subject matters and necessary to the orderly enforcement of the law.

## Count 1 --- Cont.

Here, the words <u>shall</u> and <u>may</u> are defined by Webster's New World College Dictionary as follows:

a) Shall -- must
b) may -- used to express permission.

When the Lord spoke unto Moses and Aaron that believers <u>must</u> partake of certain foods, we, including the court, must assume that the Lord meant just that! These dietary practices have been in place for over 3,500 years. The court should not disturb this foundamental principle of the Hebrew faith. These restrictions on food are also adhered to by faithful members of The Church of Jesus Christ of Latter-Day Saints, aka, "Mormons". (see declaration of inmate Moore) That "word of Wisdom" is contained in the 89th Section of the Doctrine and Covenants. It should be noted that many faiths have varying restrictions on members diet. Some are similier while others are significantly different. The concept of a "Common fare diet" is assinine!

3) <u>Injury</u> - Forced to choose between a basic life necessity and the commandment of my <u>GOD</u>.

4) Issue is pending exhaustion --- "emergency" motion

## Count 2

1) <u>Violation</u> - Eighth Amendment ("unnecessary and wanton infliction of pain")

2) <u>Facts</u> - Defendant Shinn posted Notification No. 20-15 which shifts all religious diets to a plant based vegan diet on August 1, 2020. This specific diet is contrary to the "Key Recommendations" of the U.S. Dept. of Agriculture and the U.S. Dept. of Health and Human Services. (Refer to Preliminary Injunction and Declarations for details) The diet falls some 800 calories short of the daily recommended and neglects the vital consumption of proteins. Any added "supplement" should not be misconstrued as a "substitute". There is no adequate man-made-lab produced alternative to meat.

3) <u>Injury</u> - Significant health complications from an inadequate caloric intake, loss of lean muscle mass from deprivation of "authentic" protein, etc...,

4) Issue is pending exhaustion --- "emergency" motion

## Count 3

1) <u>Violation</u> - U.S. Const., amend. V, XIV (Equal Treatment of Religions / "Equal Protection Clauses")

2) <u>Facts</u> - Defendant Shinn posted Notification No. 20-15 which shifts <u>all</u> religious diets to a "Common Fare diet" beginning August 1, 2020. This charlatan attempts to avoid the protection of the Equal Protection Clauses by allowing anyone to participate in the diet. It would seem comical if it were not true --- Defendant Shinn, in essence, has said, "Everyone is now treated equally --- that is <u>EQUALLY BAD!</u>" The court should not entertain such an absurd position. The fact that this case involves religious issues require "strict Scrutiny from the court. Admittedly, most claims of unequal treatment have been unsuccessful. This case should be an exception because so many individuals are directly affected (refer to attached declarations for specifics)

3) <u>Injury</u> - Discrimination to the Jewish Community has inflicted a generational feeling of grief and sorrow. Failure to cure this blatant disparity in how we are treated will perpetuate that feeling of shame till Messiah shall come

4) Issue pending exhaustion --- "emergency" motion.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Declaratory Judgment or alternatively Certification as a Class, appointment of counsel, a TRO and Preliminary Injunction, all Cost associated with this suit, punitive damages against the defendant and awarded to a general fund to be used by Chaplains at ADOCRR, and any other relief this Court deems equitable, fair and just.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/7/20
DATE

SIGNATURE OF PLAINTIFF

N/A

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.