1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

William Hartwell,

          Plaintiff,

v.

David Shinn,

          Defendant.

**NO. CV-20-08172-PCT-JJT (JZB)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed July 14, 2021, which granted Defendant's Motion for Summary Judgment. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice for failure to properly exhaust administrative remedies.

Debra D. Lucas
District Court Executive/Clerk of Court

July 14, 2021

By    s/ D. Draper
        Deputy Clerk